IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA STANDIFER,

        Plaintiff,                  No. CIV 07-2212 KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.              <u>ORDER</u>

          /

        Plaintiff, a state prisoner represented by counsel, has filed this action under 42 U.S.C. § 405(g) challenging a denial of social security benefits. Plaintiff has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of her prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

/////

/////

1

1 failure to comply with this order will result in a recommendation that this action be dismissed
2 without prejudice.
3 DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

006
standifer.ifp.3c