IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA STANDIFER,

        Plaintiff,                    No. CIV 07-2212 KJM

    vs.

MICHAEL J. ASTRUE,              <u>ORDER</u>
Commissioner of Social Security,

        Defendant.

_____/

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted.

/////

1      2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
2  The fee shall be collected and paid in accordance with this court's order to the Director of the
3  California Department of Corrections and Rehabilitation filed concurrently herewith.
4      3. The Clerk of the Court is directed to serve the undersigned's scheduling order
5  in social security cases.
6      4. The Clerk of the Court is further directed to serve a copy of this order on the
7  United States Marshal.
8      5. Within fifteen days from the date of this order, plaintiff shall submit to the
9  United States Marshal a completed summons and copies of the complaint and to file a statement
10 with the court that said documents have been submitted to the United States Marshal.
11     6. The United States Marshal is directed to serve all process without prepayment
12 of costs not later than sixty days from the date of this order. Service of process shall be
13 completed by delivering a copy of the summons and complaint to the United States Attorney for
14 the Eastern District of California, and by sending a copy of the summons and complaint by
15 registered or certified mail to the Attorney General of the United States at Washington, D.C. <u>See</u>
16 Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and
17 complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of
18 General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD 21235. <u>See</u>
19 Fed. R. Civ. P. 4(i)(2).
20 DATED: December 4, 2007.

_____
U.S. MAGISTRATE JUDGE

006
standifer.cdc-ifp