1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for Pamela Standifer**
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | Pamela Standifer,                             | CASE NO.:   2:07-CV02212 KJM
11 |                                               |
   |                                    Plaintiff, | Stipulation and Order Extending Time to
12 | vs.                                           | File and Serve Motion
13 |
   | Michael J. Astrue, Commissioner of Social
14 | Security,
   |                                    Defendant.
15

16

17       IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

19 time to file a motion for summary judgment in the above-referenced case is hereby extended to the

20 new filing date of August 5, 2008. The extension is needed due to press of business in plaintiff's

21 attorney's office.

22 /////

23 /////

24 /////

25

26

27

28

1   This is the 2nd request for extension by plaintiff.

2
Dated: 7/2/2008                                   /s/   Peter Brixie
3                                                 PETER BRIXIE
                                                  Attorney at Law
4
                                                  Attorney for Plaintiff
5

6   Dated: 7/2/2008
                                        By:       /s/ Leo Montenegro
7                                                 LEO MONTENEGRO
                                                  Special Assistant U. S. Attorney
8
                                                  Attorney for Defendant
9

10                                  __ooo__

11  APPROVED AND SO ORDERED

12  Dated: 7/3/2008

13                                                _____
                                                  U.S. MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28