McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (415) 744-0134

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STANDIFER,<br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:07-cv-02212-KJM<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant Commissioner of Social Security shall have a **FIRST** extension of time of 14 days to respond to Plaintiff's motion for summary judgment, due to scheduling conflicts with a training conference. The current due date is September 5, 2008. The new due date will be September 19, 2008.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

```
1
2  DATE:    9/4/08              /s/ Peter Brixie (as authorized
                                telephonically September 4, 2008)
3                               PETER BRIXIE
                                Attorney at Law
4
                                Attorney for Plaintiff
5
6  DATE:    9/4/08              McGREGOR W. SCOTT
                                United States Attorney
7                               LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
8
                          By:   /s/ Leo R. Montenegro
9                               LEO R. MONTENEGRO
                                Special Assistant U.S. Attorney
10
                                Attorneys for Defendant
11
12
13
14                              ORDER
15
       APPROVED AND SO ORDERED.
16
17 DATED: September 4, 2008.
18
19
20                              _____
                                U.S. MAGISTRATE JUDGE
21
```

Stip & Order Re Ext of D's Time, 2:07-cv-02212-KJM                    Page 2